IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEROD CLEMONS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:23-CV-1321-D |
| | § | |
| METROPOLITAN LIFE INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The parties have advised the court that they have settled this case. Accordingly, this case is administratively closed for statistical purposes without prejudice to being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

The December 9, 2024 trial setting is vacated, and all unexpired deadlines are stayed.

**SO ORDERED**.

February 12, 2024.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE