**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **JEROD CLEMONS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 3:23-CV-1321-D** |
| | § | |
| **METROPOLITAN LIFE INSURANCE** | § | |
| **COMPANY** | § | |
| | § | |
| **Defendant.** | § | |

## <u>ORDER</u>

After considering Plaintiff Jerod Clemons' and Defendant Metropolitan Life Insurance Company's Joint Motion to Reopen this Action and to Dismiss With Prejudice, the Court GRANTS the Motion and ORDERS that the action is reopened and dismissed with prejudice, with each party bearing his or its own costs.

**SO ORDERED**.

February 20, 2024.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE